# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30907
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 1, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOHN D. JONES,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:22-CR-217-1

_____

Before HAYNES, HIGGINSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

John D. Jones appeals the within-guidelines 24-month sentence of imprisonment imposed following his guilty plea conviction for concealment of assets during a bankruptcy proceeding.

We review for an abuse of discretion Jones's sole claim on appeal that his sentence is substantively unreasonable. *See United States v. Douglas*, 957

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30907

F.3d 602, 609 (5th Cir. 2020). The district court considered and rejected Jones's arguments for a lesser sentence, and he has presented nothing to indicate that the court abused its discretion in weighing the sentencing factors. *See United States v. Cooks*, 589 F.3d 173, 186 (5th Cir. 2009). His disagreement with the propriety of the sentence is insufficient to rebut the presumption of reasonableness that applies to his within-guidelines sentence. *See id.*

AFFIRMED.